Robert J. Beles Bar No. 41993
1 Kaiser Plaza, Suite 2300
Oakland, California 94612-3616
Tel. No. (510) 836-0100
Fax No. (510) 832-3690
Attorney for *Defendant* ADAN MARTINEZ

FILED

2005 JUN -1 P 12: 11

CLERK, US DIST COURT
EASTERN DIST. OF CALIF
AT FRESNO

BY_____
DEPUTY

# United States District Court
## Eastern District of California
### Fresno Division

UNITED STATES OF AMERICA,

    *Plaintiff*,

vs.

RAUL MERCADO MORENO, *et al.*

    *Defendants.*

No. **04-05185-OWW**

PROPOSED ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT ADAN MARTINEZ

Date:    Tuesday, May 31, 2005
Time:    1:30 pm
Courtroom:    2

## PROPOSED ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT ADAN MARTINEZ

Good cause appearing, this court hereby orders that Robert J. Beles shall be substituted as counsel for defendant Adan Martinez in place of Nicholas F. Reyes.

Dated: Fresno, California, _____5-31-05_____.

_____
Oliver W. Wanger
United States District Judge

1