1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            )   CR. F-04-5185 OWW
                                          )
12                Plaintiff,              )
                                          )   ORDER ON STIPULATION FOR
13                                        )   CONTINUING HEARING FOR CHANGE OF
                  v.                      )   PLEA AS TO ADAN MARTINEZ
14                                        )
15   RAUL MERCADO-MORENO, et. al.         )
                                          )
16                Defendant.              )
                                          )
17   _____ )

18          Upon the stipulation of the parties and good cause appearing therefore,

19
            IT IS HEREBY ORDERED that the hearing for Adan Martinez' change of plea shall be
20
21   continued from December 5, 2005 until 3:00 p.m. on December 12, 2005.

22

23   Dated: December 2___, 2005           /s/ OLIVER W. WANGER_____
                                          Honorable Oliver W. Wanger
24                                        United States District Judge

25

26

27

28