FILED
SEP 15 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No 1:04-CR-05185-AWI |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| ADAN MARTINEZ ) | |
| ) | |
| Defendant. ) | |
| ) | |

The above named defendant having been sentenced on September 15, 2014 to one month, (TIME SERVED).

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH. A certified Judgment and Commitment order to follow.

DATED: 9-15-14

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1