**FILED**
SEP 15 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|             Plaintiffs,        ) | No 1:04-CR-05185-AWI |
|     vs.                        ) | ORDER OF RELEASE |
|   ADAN MARTINEZ                ) | |
|             Defendant.         ) | |

The above named defendant having been sentenced on September 15, 2014 to one month, (TIME SERVED).

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH. A certified Judgment and Commitment order to follow.

DATED: 9-15-14

ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm